# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLCO FINANCE LIMITED, | Case No. 3:16-cv-00508-CSH |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| ROBERT KLEE, in his official capacity as Commissioner of the CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION, and ARTHUR HOUSE, JOHN W. BETKOSKI III, and MICHAEL CARON, in their official capacity as Commissioners of the CONNECTICUT PUBLIC UTILITIES REGULATORY AUTHORITY, | **August 23, 2016** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Allco Finance Limited ("Allco") hereby appeals to the United States Court of Appeals for the Second Circuit from an order by the Honorable Charles S. Haight, Jr., dismissing Allco's complaint under Fed. R. Civ. P. 12(b), and denying its motion for preliminary injunctive relief, entered on August 18, 2016, Docket No. 34, and from the final judgment in favor of the Defendants entered on August 23, 2016, Docket No. 35.

Respectfully submitted this 23rd day of August, 2016.

                                         */s/ Thomas Melone*
                                         Thomas Melone (ct29758)
                                         ALLCO RENEWABLE ENERGY LIMITED
                                         14 Wall St., 20th Floor
                                         New York, NY 10005
                                         Telephone: (212) 681-1120
                                         Facsimile: (801) 858-8818
                                         Thomas.Melone@AllcoUS.com
                                         *Counsel for Plaintiff for Allco Finance Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2016, a copy of the foregoing Notice of Appeal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Thomas Melone*
Thomas Melone (ct29758)
ALLCO RENEWABLE ENERGY LIMITED*
14 Wall St., 20th Floor
New York, NY 10005
Telephone: (212) 681-1120
Facsimile: (801) 858-8818
Thomas.Melone@AllcoUS.com
*Counsel for Plaintiff for Allco Finance Limited*